**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose ESCOBAR–GAMEZ, Defendant–Appellant.**

**No. 10–50367.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 21, 2011.

Sara J. O'Connell, Assistant U.S. Attorney, U.S. Department of Justice, San Diego, CA, for Plaintiff–Appellee.

Richard Dale Rome, Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant–Appellant.

Jose Escobar–Gomez, Salters, SC, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Jose Escobar–Gamez appeals from his conviction and sentence for reentry of removed alien under 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we dismiss the appeal.

We review de novo whether an appellant has waived his right to appeal. *United States v. Smith*, 389 F.3d 944, 953 (9th Cir.2004) (per curiam). The terms of the appeal waiver in Escobar–Gamez's plea agreement clearly encompass this appeal from his conviction and his sentence to the low end of the Sentencing Guidelines range. *See id.* The record also plainly shows that the waiver was knowing and voluntary. *See id.* We therefore dismiss this appeal. *See id.*

We decline to address Escobar–Gamez's claim of ineffective assistance of counsel on direct appeal. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir. 2003).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.